UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

```
TOM ZITO,                      )
                               )
        Plaintiff(s),          )   No. C07-5805 BZ
                               )
   v.                          )
                               )   CLERK'S NOTICE CONTINUING
JUDITH BELUSHI-PISANO,         )   CASE MANAGEMENT CONFERENCE
                               )
                               )
        Defendant(s).          )
                               )
                               )
_____)
```

**PLEASE TAKE NOTICE** that the case management conference presently scheduled for March 17, 2008 at 4:00 p.m. is <u>**CONTINUED**</u> to **March 31, 2008 at 4:00 p.m.** in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.  Case management statements are due seven days prior to the case management conference.

Dated:  February 20, 2008

*Rose Maher*
_____
Rose Maher - Deputy Clerk to
Magistrate Judge Bernard Zimmerman

G:\BZALL\-BZCASES\MISC\Zito.cont.cmc.wpd

1