# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA   94102

**RICHARD W. WIEKING**
Clerk of the Court

(415) 522-2015

February 21, 2008

**To:**   Jonathan Saville Kitchen
Ali Pasha Hamidi
Cox Castle & Nicholson LLP
555 California Street, 10th Floor
San Francisco, CA 94104-1513

Terry D. Jackson
Terry D. Jackson, P.C.
600 Edgewood Avenue
Atlanta, GA 30312

Re: Tom Zito v. Judith Belushi-Pisano - C07-5805 BZ

Dear Counsel:

At filing, this matter was randomly assigned to United States Magistrate Judge Bernard Zimmerman. A hearing has since been scheduled for March 31, 2008 at 4:00 p.m. To allow the hearing to proceed as scheduled, pursuant to U.S.C. 28 §636©, each party must consent to, or decline to proceed before, Judge Zimmerman. We have no record of your decision.

At **www.cand.uscourts.gov** you will find a form to complete if you consent to proceed before Judge Zimmerman and a form to complete if you decline. A party is free to withhold consent without adverse consequences. Please complete and electronically file the appropriate form within ten days.

Sincerely,

Richard W. Wieking, Clerk
United States District Court

/s/ Lashanda Scott
By:    Lashanda Scott
Courtroom Deputy

N:\FORMS\zitto.wpd