1  JONATHAN S. KITCHEN (STATE BAR NO. 80270)
   ALI P. HAMIDI (STATE BAR NO. 191198)
2  COX, CASTLE & NICHOLSON LLP
   555 California Street
3  10th Floor
   San Francisco, CA 94104-1513
4  Telephone: (415) 392-4200
   Facsimile: (415) 392-4250
5  Email: jkitchen@coxcastle.com
          ahamidi@coxcastle.com
6
   TERRY D. JACKSON, P.C. (GEORGIA BAR NO. 386033)
7  PRO HAC VICE (pending)
   600 Edgewood Avenue
8  Atlanta, Georgia 30312
   Telephone: (404) 659-2400
9  Facsimile: (404) 659-2414
   Email: tdjackson@mindspring.com
10

11 Attorneys for Plaintiff
   TOM ZITO

12
13                    UNITED STATES DISTRICT COURT
14                   NORTHERN DISTRICT OF CALIFORNIA
15                        SAN FRANCISCO DIVISION

16  TOM ZITO,                                          Case No. C 07 05805 BZ

17              Plaintiff,

18       vs.                                           **DECLINATION TO PROCEED BEFORE
                                                       A MAGISTRATE JUDGE AND REQUEST
19  JUDITH BELUSHI-PISANO, an individual,              FOR REASSIGNMENT TO A UNITED
    individually and as Executrix and Administrator   STATES DISTRICT JUDGE**
20  of the Estate of John Belushi; VICTOR PISANO,
    an individual, individually and as an
21  Administrator of the Estate of John Belushi; the
    SECOND CHANCE FOUNDATION, a
22  Massachusetts non-profit corporation; and the
    BELUSHI PISANO GALLERY, a Massachusetts
23  non-profit corporation.

24              Defendants.

25

26
27
28

LAW OFFICES OF
COX, CASTLE &
NICHOLSON LLP
SAN FRANCISCO
56292\117200v1

CASE NO. C 07 05805 BZ
PLTF'S DECLINATION TO PROCEED BEFORE A MAG.
JUDGE AND REQUEST FOR U.S DIST. JUDGE

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

DATED: February 25, 2008

Respectfully submitted,

COX, CASTLE & NICHOLSON LLP

Law offices of TERRY D. JACKSON, P.C.

By: _____
Jonathan S. Kitchen
Attorneys for Plaintiff TOM ZITO

LAW OFFICES OF
COX, CASTLE &
NICHOLSON LLP
SAN FRANCISCO

56292\117200v1

- 1 -

CASE NO. C 07 05805 BZ
PLTF'S DECLINATION TO PROCEED BEFORE A MAG.
JUDGE AND REQUEST FOR U.S DIST. JUDGE