| | |
|---|---|
| 1 | JONATHAN S. KITCHEN (STATE BAR NO. 80270) |
| | ALI P. HAMIDI (STATE BAR NO. 191198) |
| 2 | COX, CASTLE & NICHOLSON LLP |
| | 555 California Street |
| 3 | 10th Floor |
| | San Francisco, CA 94104-1513 |
| 4 | Telephone: (415) 392-4200 |
| | Facsimile: (415) 392-4250 |
| 5 | Email: jkitchen@coxcastle.com |
| | ahamidi@coxcastle.com |
| 6 | |
| | TERRY D. JACKSON, P.C. (GEORGIA BAR NO. 386033) |
| 7 | PRO HAC VICE (pending) |
| | 600 Edgewood Avenue |
| 8 | Atlanta, Georgia 30312 |
| | Telephone: (404) 659-2400 |
| 9 | Facsimile: (404) 659-2414 |
| | Email: tdjackson@mindspring.com |
| 10 | |
| 11 | Attorneys for Plaintiff |
| | TOM ZITO |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| TOM ZITO, | Case No. C 07 05805 CW |
| Plaintiff, | |
| vs. | **PROOF OF SERVICE AND CERTIFICATION** |
| JUDITH BELUSHI-PISANO, an individual, individually and as Executrix and Administrator of the Estate of John Belushi; VICTOR PISANO, an individual, individually and as an Administrator of the Estate of John Belushi; the SECOND CHANCE FOUNDATION, a Massachusetts non-profit corporation; and the BELUSHI PISANO GALLERY, a Massachusetts non-profit corporation. | |
| Defendants. | |

LAW OFFICES OF
COX, CASTLE &
NICHOLSON LLP
SAN FRANCISCO

56292\117401v1

CASE NO. C 07 05805 CW
CERTIFICATE OF SERVICE

PROOF OF SERVICE AND CERTIFICATION

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is 555 California Street, 10th Floor, San Francisco, California 94104-1513.

On February 27, 2008, I served the foregoing document(s) described as **CASE MANAGEMENT SCHEDULING ORDER FOR REASSIGNED CIVIL CASE** on ALL INTERESTED PARTIES in this action by placing ☐ the original ☐ a true copy thereof enclosed in a sealed envelope addressed as follows:

| | |
|---|---|
| Seth D. Hilton<br>Rosemary A. Colliver<br>Stoel Rives LLP<br>900 SW Fifth Avenue, Suite 2600<br>Portland, OR 97204<br>Phone: 503-224-3380; Fax: 503-220-2480<br>Email: sdhilton@stoel.com; Email: racolliver@stoel.com | Attorneys for Defendants:<br>Judith Belushi-Pisano<br>Victor Pisano<br>The Second Chance Foundation<br>Belushi Pisano Gallery |

On the above date:

☐ (BY ☐ U.S. MAIL/BY ☐ EXPRESS MAIL) The sealed envelope with postage thereon fully prepaid was placed for collection and mailing following ordinary business practices. I am aware that on motion of the party served, service is presumed invalid if the postage cancellation date or postage meter date on the envelope is more than one day after the date of deposit for mailing set forth in this declaration. I am readily familiar with Cox, Castle & Nicholson LLP's practice for collection and processing of documents for mailing with the United States Postal Service and that the documents are deposited with the United States Postal Service the same day as the day of collection in the ordinary course of business.

☐ (BY FEDERAL EXPRESS OR OTHER OVERNIGHT SERVICE) I deposited the sealed envelope in a box or other facility regularly maintained by the express service carrier or delivered the sealed envelope to an authorized carrier or driver authorized by the express carrier to receive documents.

☒ (BY FACSIMILE TRANSMISSION) On February 27, 2008, at 2:56 a.m./p.m. at San Francisco, California, I served the above-referenced document on the above-stated addressee by facsimile transmission pursuant to Rule 2.306 of the California Rules of Court. The telephone number of the sending facsimile machine was (415) 392-4150, and the telephone number of the receiving facsimile number was (503) 220-2480. A transmission report was properly issued by the sending facsimile machine, and the transmission was reported as complete and without error. Copies of the facsimile transmission cover sheet and the transmission report are attached to this proof of service.

☐ (BY E-MAIL OR ELECTRONIC TRANSMISSION) - On _____, at _____ a.m./p.m. at Los Angeles, California, I served the above-referenced document by electronic mail to the e-mail address of the addressee(s) pursuant to Rule 2.260 of the California Rules of Court. The transmission was complete and without error and I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐ (BY PERSONAL DELIVERY) By causing a true copy of the within document(s) to be personally hand-delivered to the office(s) of the addressee(s) set forth above, on the date set forth above.

☐ (BY PERSONAL SERVICE) I delivered such envelope by hand to the offices of the addressee.

☒ (FEDERAL ONLY) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I hereby certify that the above document was printed on recycled paper.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 27, 2008, at San Francisco, California.

_____
Michell L. Ho

56292\117400v1

# Confirmation Report - Memory Send

Date & Time: Feb-27-2008  02:59pm
Tel line    : +415 3924250
Machine ID  : COX,CASTLE&NICHOLSON LLP

| | | |
|---|---|---|
| Job number | : | 123 |
| Date & Time | : | Feb-27 02:56pm |
| To | : | 9801#099128#150322024804 |
| Number of pages | : | 007 |
| Start time | : | Feb-27 02:56pm |
| End time | : | Feb-27 02:59pm |
| Pages sent | : | 007 |
| Status | : | OK |
| Job number | : 123 | *** SEND SUCCESSFUL *** |

---

**CoxCastleNicholson**

Cox, Castle & Nicholson LLP
555 California Street, 10th Floor
San Francisco, California 94104-1513
P 415.392.4200  F 415.392.4250

### Facsimile Transmission

| | | | |
|---|---|---|---|
| Date | February 27, 2008 | | |
| Sender: | Ali P. Hamidi<br>Direct 415.262.5106<br>ahamidi@coxcastle.com | Secretary: | Michell Ho<br>415.262.5188 ext. 5525 |
| Pages: | 7 (incl. cover) | | |
| File: | 56292 | | |

**Recipients:**

| | |
|---|---|
| Seth D. Hilton<br>Stoel Rives LLP<br>(503) 220-2480 F<br>(503) 224-3380 P | Rosemary A. Colliver<br>Stoel Rives LLP<br>(503) 220-2480 F<br>(503) 224-3380 P |

**Message:**

Re: <u>Zito v. Judith Belushi-Pisano, et al.</u>
Case Management Scheduling Order for Reassigned Civil Case

Confidentiality Notice: This communication is intended only for the exclusive use of the addressee and may contain information that is privileged or confidential. If you are not the addressee, or someone responsible for delivering this document to the addressee, you may not read, copy or distribute it. Any unauthorized dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please call us promptly and securely dispose of it. Thank you.