1  TERRY D. JACKSON, P.C. (GEORGIA BAR NO. 386033)
   PRO HAC VICE (pending)
2  600 Edgewood Avenue
   Atlanta, Georgia 30312
3  Telephone: (404) 659-2400
   Facsimile: (404) 659-2414
4  Email: tdjackson@mindspring.com



FILED
FEB 25 PM 4: 16

5
   Attorneys for Plaintiff
6  TOM ZITO

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                        SAN FRANCISCO DIVISION

11

12 TOM ZITO,                              Case No. C 07 05805 BZ /CW

13         Plaintiff,
                                          APPLICATION FOR ADMISSION OF
14     vs.                                ATTORNEY PRO HAC VICE

15 JUDITH BELUSHI-PISANO, an individual,
   individually and as Executrix and Administrator
16 of the Estate of John Belushi; VICTOR PISANO,
   an individual, individually and as an
17 Administrator of the Estate of John Belushi; the
   SECOND CHANCE FOUNDATION, a
18 Massachusetts non-profit corporation; and the
   BELUSHI PISANO GALLERY, a Massachusetts
19 non-profit corporation.

20         Defendants.

21

22         Pursuant to Civil L.R. 11-3, Terry D. Jackson, P.C., an active member in good standing

23 of the bar of Georgia, hereby applies for admission to practice in the Northern District of California on

24 a pro hac vice basis representing Tom Zito in the above-entitled action.

25         In support of this application, I certify on oath that:

26         1.     I am an active member in good standing of the United States District Court for

27 the Northern District of Georgia, Atlanta Division and the Supreme Court of the State of Georgia, as

28 indicated herein;

LAW OFFICES OF
COX, CASTLE &
NICHOLSON LLP
SAN FRANCISCO

56292\112562v1                          - 1 -

CASE NO. C 07 05805 BZ
APPLICATION FOR ADMISSION
OF ATTORNEY PRO HAC VICE

2.     I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3.     An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

> JONATHAN S. KITCHEN (STATE BAR NO. 80270)
> ALI P. HAMIDI (STATE BAR NO. 191198)
> COX, CASTLE & NICHOLSON LLP
> 555 California Street 10th Floor
> San Francisco, CA 94104-1513
> Telephone: (415) 392-4200
> Facsimile: (415) 392-4250
> Email: jkitchen@coxcastle.com
>        ahamidi@coxcastle.com

I declare under penalty of perjury that the foregoing is true and correct.

DATED: February 21, 2008.

Respectfully submitted,

Law offices of TERRY D. JACKSON, P.C.

By: _____
Terry D. Jackson
Attorneys for Plaintiff TOM ZITO

LAW OFFICES OF
COX, CASTLE &
NICHOLSON LLP
SAN FRANCISCO

56292\112562v1

-2-

CASE NO. C 07 05805 BZ
APPLICATION FOR ADMISSION
OF ATTORNEY PRO HAC VICE

```
DUPLICATE

Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611016197
Cashier ID: buckles
Transaction Date: 02/25/2008
Payer Name: terry d jackson
--------------------------------
PRO HAC VICE
 For: terry d jackson
 Case/Party: D-CAN-3-08-AT-PRCHAC-001
 Amount:       $210.00
--------------------------------
CHECK
 Check/Money Order Num: 4639
 Amt Tendered: $210.00
--------------------------------
Total Due:      $210.00
Total Tendered: $210.00
Change Amt:     $0.00

c07-5805bz


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```