UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

TOM ZITO,

    Plaintiff,

vs.

JUDITH BELUSHI-PISANO, an individual, individually and as Executrix and Administrator of the Estate of John Belushi; VICTOR PISANO, an individual, individually and as an Administrator of the Estate of John Belushi; the SECOND CHANCE FOUNDATION, a Massachusetts non-profit corporation; and the BELUSHI PISANO GALLERY, a Massachusetts non-profit corporation.

    Defendants.

Case No. C 07 05805 BZ CW

[~~PROPOSED~~] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE

    Terry D. Jackson, an active member in good standing of the bar of Georgia whose business address and telephone number is 600 Edgewood Avenue, Atlanta, Georgia 30312; Telephone: (404) 659-2400, having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Tom Zito.

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance pro hac vice. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, Electronic Case Filing.

Dated: MAR - 5 2008, 2008.

_____
United States ~~Magistrate~~ District Judge

LAW OFFICES OF
COX, CASTLE &
NICHOLSON LLP
SAN FRANCISCO

56292\112563v1

- 1 -

CASE NO. C 07 05805 BZ
[PROPOSED] ORDER GRANTING APLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE