# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Zito,<br><br>　　　　　　Plaintiff(s),<br><br>　v.<br><br>Belushi-Pisano,<br><br>　　　　　　Defendant(s). | 07-05805 CW MED<br><br>**Notice of Appointment of Mediator** |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Mediator assigned to this case is:

**Michael R. Marron**
McQuaid Bedford & Van Zandt LLP
221 Main St., 16th Fl.
San Francisco, CA 94105-1936
(415) 905-0200
mmarron@mbvz.com

Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program.  The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Mediator**
07-05805 CW MED                                          - 1 -

1  Counsel are reminded that the written mediation statements required by the ADR
2  L.R. 6-7 shall NOT be filed with the court.

4  Dated: March 20, 2008

RICHARD W. WIEKING
Clerk
by:    Alice M. Fiel

ADR Case Administrator
415-522-3148
Alice_Fiel@cand.uscourts.gov

**Notice of Appointment of Mediator**
07-05805 CW MED                     - 2 -