UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TOM ZITO,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>JUDITH BELUSHI-PISANO, an individual, individually and as Executrix and Administrator of the Estate of John Belushi; VICTOR PISANO, an individual, individually and as an Administrator of the Estate of John Belushi; the SECOND CHANCE FOUNDATION, a Massachusetts non-profit corporation; and the BELUSHI PISANO GALLERY, a Massachusetts non-profit corporation.<br><br>　　　　　Defendants. | Case No. C 07 05805 BZ<br><br>[~~PROPOSED~~] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE |



FILED
MAR - 6 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Terry D. Jackson, an active member in good standing of the bar of Georgia whose business address and telephone number is 600 Edgewood Avenue, Atlanta, Georgia 30312; Telephone: (404) 659-2400, having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Tom Zito.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance pro hac vice. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, Electronic Case Filing.

Dated: MAR - 6 2008, 2008.

_____
United States Magistrate Judge

LAW OFFICES OF
COX, CASTLE &
NICHOLSON LLP
SAN FRANCISCO

56292\112563v1

- 1 -

CASE NO. C 07 05805 BZ
[PROPOSED] ORDER GRANTING APLICATION FOR
ADMISSION OF ATTORNEY PRO HAC VICE

1  TERRY D. JACKSON, P.C. (GEORGIA BAR NO. 386033)
   PRO HAC VICE (pending)
2  600 Edgewood Avenue
   Atlanta, Georgia 30312
3  Telephone: (404) 659-2400
   Facsimile: (404) 659-2414
4  Email: tdjackson@mindspring.com

5
   Attorneys for Plaintiff
6  TOM ZITO

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                  SAN FRANCISCO DIVISION

11

12 TOM ZITO,                                  Case No. C 07 05805 BZ

13         Plaintiff,
                                              **APPLICATION FOR ADMISSION OF**
14     vs.                                    **ATTORNEY PRO HAC VICE**

15 JUDITH BELUSHI-PISANO, an individual,
   individually and as Executrix and Administrator
16 of the Estate of John Belushi; VICTOR PISANO,
   an individual, individually and as an
17 Administrator of the Estate of John Belushi; the
   SECOND CHANCE FOUNDATION, a
18 Massachusetts non-profit corporation; and the
   BELUSHI PISANO GALLERY, a Massachusetts
19 non-profit corporation.

20         Defendants.

21

22         Pursuant to Civil L.R. 11-3, Terry D. Jackson, P.C., an active member in good standing

23 of the bar of Georgia, hereby applies for admission to practice in the Northern District of California on

24 a pro hac vice basis representing Tom Zito in the above-entitled action.

25         In support of this application, I certify on oath that:

26    1.   I am an active member in good standing of the United States District Court for

27 the Northern District of Georgia, Atlanta Division and the Supreme Court of the State of Georgia, as

28 indicated herein;

LAW OFFICES OF
COX, CASTLE &
NICHOLSON LLP
SAN FRANCISCO

56292\112562v1                          - 1 -                    CASE NO. C 07 05805 BZ
                                                                 APPLICATION FOR ADMISSION
                                                                 OF ATTORNEY PRO HAC VICE

1    2.    I agree to abide by the Standards of Professional Conduct set forth in Civil
2  Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become
3  familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,
4    3.    An attorney who is a member of the bar of this Court in good standing and who
5  maintains an office within the State of California has been designated as co-counsel in the above-
6  entitled action. The name, address and telephone number of that attorney is:

JONATHAN S. KITCHEN (STATE BAR NO. 80270)
ALI P. HAMIDI (STATE BAR NO. 191198)
COX, CASTLE & NICHOLSON LLP
555 California Street 10th Floor
San Francisco, CA  94104-1513
Telephone: (415) 392-4200
Facsimile: (415) 392-4250
Email: jkitchen@coxcastle.com
       ahamidi@coxcastle.com

I declare under penalty of perjury that the foregoing is true and correct.

DATED: February 21, 2008.

Respectfully submitted,

Law offices of TERRY D. JACKSON, P.C.

By: _____
Terry D. Jackson
Attorneys for Plaintiff TOM ZITO

LAW OFFICES OF
COX, CASTLE &
NICHOLSON LLP
SAN FRANCISCO

56292\112562v1

- 2 -

CASE NO. C 07 05805 BZ
APPLICATION FOR ADMISSION
OF ATTORNEY PRO HAC VICE

1  TERRY D. JACKSON (Georgia Bar No. 386033)
   TERRY D. JACKSON, P.C.
2  600 Edgewood Avenue
3  Atlanta, Georgia 30312
   Telephone: (404) 659-2400
4  Facsimile: (404) 659-2414
   email: tdjackson@mindspring.com
5

6
   Attorney for Plaintiff
7  TOM ZITO

8

9              IN THE UNITED STATES DISTRICT COURT

10          IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

11                     SAN FRANCISCO DIVISION

12

13 TOM ZITO,                          )    Case No. C 07 05805 BZ
                                      )
14           Plaintiff,               )
                                      )
15     v.                             )    **CERTIFICATE OF SERVICE**
                                      )
16 JUDY BELUSHI-PISANO, individually  )
17 and as the Executrix of the Estate of John )
   Belushi, VICTOR PISANO, individually )
18 and as the Executor of the Estate of John )
   Belushi, ESTATE OF JOHN BELUSHI,   )
19 BELUSHI-PISANO GALLERY,            )
20 and JOHN & JANE DOES (1-8),        )
                                      )
21           Defendants.

22 _____

23     This is to certify that I have this day served a true and correct copy of the within and

24 foregoing ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC

25 VICE upon the defendants by placing same in a properly addressed envelope with adequate

26
   postage affixed thereon via First Class U.S. Mail to:
27

28     Barnes H. Ellis
       Stoel Rives
       900 SW Fifth Ave., Suite 2600
       Portland, OR  97204

1  Seth D. Hilton
   Stoel Rives
2  980 9th Street, Suite 1900
3  Sacramento, CA  95814

4  Jonathan Kitchen
   Ali P. Hamidi
5  Cox, Castle & Nicholson LLP
6  555 California Street, 10th Floor
   San Francisco, California  94104
7

8  Dated: March 25, 2008.
9

10
11                                              RESPECTFULLY SUBMITTED,
12
13
14
                                    By: _____
15                                      TERRY D. JACKSON
                                        Georgia Bar No. 386033
16                                      *PRO HAC VICE*
17                                      Attorney for Plaintiff TOM ZITO

18
19 TERRY D. JACKSON, P.C.
   600 Edgewood Avenue
20 Atlanta, Georgia 30312
   (404) 659-2400
21 (404) 659-2414 facsimile
   E-Mail: tdjackson@mindspring.com
22
23
24
25
26
27
28