

**McQUAID BEDFORD & VAN ZANDT LLP**

221 Main Street  16th Floor
San Francisco CA 94105-1936
TEL· 415/905·0200
FAX· 415/905·0202

April 11, 2008

Jonathan Saville Kitchen **(Via Facsimile)**
Ali Pasha Hamidi
Cox Castle & Nicholson LLP
555 California Street, 10th Floor
San Francisco, CA 94104

Terry D. Jackson **(Via Facsimile)**
Terry D. Jackson, P.C.
600 Edgewood Avenue
Atlanta, GA 30303

Rosemary Colliver **(Via Facsimile)**
Seth D. Hilton
Stoel Rives LLP
770 L Street, Suite 800
Sacramento, CA 95814

      Re:   <u>Tom Zito v. Judith Belushi-Pisano</u>
            Case No. 07-5805 CW MED

Dear Counsel:

    Due to an inadvertently clerical error, the date of the mediation in the above-referenced matter is **April 21, 2008** not May 21, 2008 as previously stated in our letter dated April 9, 2008. The written statements should be in our office by 5:00 p.m. on **April 16, 2008**.

    I apologize for any confusion this may have caused you. Please feel free to call if you have any questions.

                                        Very truly yours,

                                        Maria M. Scarpino
                                        Secretary to Michael R. Marron

/mms

00065372.WPD; 1