# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Zito,<br><br>    Plaintiff(s),<br><br>v.<br><br>Belushi-Pisano,<br><br>    Defendant(s). | No. C 07-05805 CW MED<br><br>**Certification of ADR Session** |

*Instructions:* The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.

1. I hereby certify that the parties in this matter held a ☒ Mediation or ☐ ENE session on (date) **April 21, 2008**.

2. Did the case settle?    ☒ fully    ☐ partially    ☐ no

3. If the case did not settle fully, is any follow-up contemplated?

   ☐ another session scheduled for (date) _____

   ☐ phone discussions expected by (date) _____

   ☐ no

4. **IS THIS ADR PROCESS COMPLETED?**    ☒ YES    ☐ NO

Dated: **April 21, 2008**

_____
Mediator, Michael R. Marron
McQuaid Bedford & Van Zandt LLP
221 Main St., 16th Fl.
San Francisco, CA 94105-1936

**Certification of ADR Session**
07-05805 CW MED