1  JONATHAN S. KITCHEN (STATE BAR NO. 80270)
   ALI P. HAMIDI (STATE BAR NO. 191198)
2  COX, CASTLE & NICHOLSON LLP
   555 California Street, 10th Floor
3  San Francisco, CA 94104-1513
   Telephone: (415) 392-4200
4  Facsimile: (415) 392-4250
   Email: jkitchen@coxcastle.com
5         ahamidi@coxcastle.com

6  TERRY D. JACKSON, P.C. (GEORGIA BAR NO. 386033)
   PRO HAC VICE (pending)
7  600 Edgewood Avenue
   Atlanta, Georgia 30312
8  Telephone: (404) 659-2400
   Facsimile: (404) 659-2414
9  Email: tdjackson@mindspring.com

10 Attorneys for Plaintiff
   TOM ZITO
11

12 SETH D. HILTON (STATE BAR NO. 181899)
   sdhilton@stoel.com
13 STOEL RIVES LLP
   900 SW Fifth Avenue, Suite 2600
14 Portland, OR 97204
   Telephone: (503) 224-3380
15 Facsimile: (503) 220-2480

16 Attorneys for Defendants,
   JUDITH BELUSHI PISANO, individually and erroneously
17 sued as the Executrix and Administrator of the Estate of John
   Belushi; VICTOR PISANO, individually and erroneously sued
18 as an Administrator of the Estate of John Belushi; THE
   SECOND CHANCE FOUNDATION, a Massachusetts
19 corporation; and BELUSHI PISANO GALLERY, erroneously
   sued as a Massachusetts nonprofit corporation
20

21                    UNITED STATES DISTRICT COURT

22                   NORTHERN DISTRICT OF CALIFORNIA

23                            OAKLAND DIVISION

24 TOM ZITO,                              | Case No. C 07 05805 CW
25        Plaintiff,                      |
26   vs.                                  | **STIPULATION FOR DISMISSAL WITH PREJUDICE**
27 JUDITH BELUSHI-PISANO, an individual,  |
28 individually and as Executrix and Administrator

LAW OFFICES OF
COX, CASTLE &
NICHOLSON LLP
SAN FRANCISCO    56292\121272v1

CASE NO. C 07 05805 CW
STIPULATION FOR DISMISSAL WITH PREJUDICE

1  of the Estate of John Belushi; VICTOR PISANO,
   an individual, individually and as an
2  Administrator of the Estate of John Belushi; the
   SECOND CHANCE FOUNDATION, a
3  Massachusetts non-profit corporation; and the
   BELUSHI PISANO GALLERY, a Massachusetts
4  non-profit corporation.

5              Defendants.

6

7       IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff TOM ZITO,

8  and Defendants JUDITH BELUSHI PISANO, an individual, individually and as Executrix and

9  Administrator of the Estate of John Belushi; VICTOR PISANO, an individual, individually and as an

10 Administrator of the Estate of John Belushi; the SECOND CHANCE FOUNDATION, a

11 Massachusetts non-profit corporation; and the BELUSHI PISANO GALLERY, a Massachusetts non-

12 profit corporation. ("Defendants"), by and through their respective counsel, that Plaintiff's First

13 Amended Complaint is hereby dismissed with prejudice, pursuant to Rules 41(a) and 41(c) of Federal

14 Rules of Civil Procedure. There are no other parties, issues or claims which remain to be resolved in

15 this case. Each party is to bear its own fees and costs.

16

17 DATED: May 14, 2008                    Respectfully submitted,
                                          COX, CASTLE & NICHOLSON LLP
18                                        Law offices of TERRY D. JACKSON, P.C.

19                                        By _____
                                             Jonathan S. Kitchen
20                                           Attorneys for Plaintiff TOM ZITO

21

22 DATED: May 12, 2008                    STOEL RIVES LLP

23
                                          By _____
24                                           Seth D. Hilton
                                             Attorneys for Defendants JUDITH BELUSHI
25                                           PISANO, VICTOR PISANO, THE SECOND
                                             CHANCE FOUNDATION and BELUSHI
26                                           PISANO GALLERY

27

28